


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 24 CR 601 |
| v. | Violations: Title 18, United States Code, Sections 2251(a), 2252A(a)(2)(A) and (b)(1), 2252A(a)(5)(B) and (b)(2) |
| SERGIO ARIAS | |

### COUNT ONE

1:24-cr-00601
Judge LaShonda A. Hunt
Magistrate Judge Beth W. Jantz
RANDOM / Cat. 4

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about September 20, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SERGIO ARIAS,

defendant herein, did knowingly use, persuade, induce, and entice a minor, namely, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**COUNT TWO**

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about June 14, 2024, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SERGIO ARIAS,

defendant herein, did knowingly, use, persuade, induce, and entice a minor, namely, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about June 14, 2024, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SERGIO ARIAS,

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), using a means and facility of interstate and foreign commerce, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## COUNT FOUR

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about December 17, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

SERGIO ARIAS,

defendant herein, knowingly possessed material, namely, a 32 GB PNY Elite Micro SD Card, a Motorola cell phone associated with IMEI 357081736148361, and a Cricket cell phone associated with IMEI 352135780940829, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2024 GRAND JURY further alleges:

1. The allegations in this indictment are re-alleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A and/or in violation of Title 18, United States Code, Section 2251, as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

3. The property to be forfeited includes, but is not limited to the following specific property: (1) 32 GB PNY Elite Micro SD Card; (2) a Motorola cell phone associated with IMEI 357081736148361; and (3) a Cricket cell phone associated with IMEI 352135780940829.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY